IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

      Plaintiff,

v.

THE CITY OF GLENDALE, COLORADO, a municipality,
OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity,
SERGEANT JIM BANG, in his official and individual capacity,
THE CITY AND COUNTY OF DENVER, COLORADO, a municipality,
UNKNOWN DENVER POLICE DEPARTMENT OFFICERS 1 -2, in their official and individual capacities.

      Defendants .

_____

## ORDER DISMISSING THE CITY AND COUNTY OF DENVER
_____

      Upon consideration of the allegations of the complaint, the motion to dismiss by The City and County of Denver, Colorado, and the plaintiff's response, the Court finds the complaint to be insufficient to plead any facts which would make The City and County of Denver, Colorado, liable for the events that the plaintiff alleged took place in Glendale, Colorado, and it is therefore

      ORDERED that the complaint is dismissed as to the defendant The City and County of Denver, Colorado, pursuant to Fed.R.Civ.P. 12(b)(6).

      DATED: May 18th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge