IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

    Plaintiff,

v.

THE CITY OF GLENDALE, COLORADO, a municipality,
OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity,
SERGEANT JIM BANG, in his official and individual capacity,

    Defendants.

_____

### ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT
_____

Upon review of the Plaintiff's Motion to Amend Complaint [20], filed June 15, 2012, with the proposed amended complaint attached and the plaintiff having attempted to assert additional facts to support a claim of liability against the City and County of Denver, Colorado, and upon the finding that the allegations of the amended complaint are insufficient, it is

ORDERED that the Plaintiff's Motion to Amend Complaint is denied.

DATED: June 19th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge