IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

    Plaintiff,

v.

THE CITY OF GLENDALE, COLORADO, a municipality,
OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity,
SERGEANT JIM BANG, in his official and individual capacity,

    Defendants.

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT
_____

Upon review of Plaintiff's unopposed motion to amend complaint [28] filed August 6, 2012, it is

ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

DATED:   August 8th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge