## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00763-RPM

**RANDY LEE RIGGAN**,

    Plaintiff,

v.

**THE CITY OF GLENDALE COLORADO, a municipality,
OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity,
SERGEANT JIM BANG, in his official and individual capacity,
OFFICER PAUL VONFELDT, in his official and individual capacity,
OFFICER MATT WHETSTONE, in his official and individual capacity,**

    Defendants.

---

### ORDER MODIFYING MOTION AND SCHEDULE ON MOTION TO DISMISS

---

It is hereby ORDERED, by stipulation of the parties [50] and after review of this Court,

1. The Motion to Dismiss of October 9, 2012, Document #35, filed by Defendant VonFeldt, will apply equally to Defendant Whetstone as to Defendant VonFeldt and will be treated as if filed by and on behalf of both Defendant Whetstone and Defendant VonFeldt.

2. Plaintiff's Response to the Motion to Dismiss, filed December 19, 2012, Document #44, shall apply equally to Defendant Whetstone as to Defendant VonFeldt.  To the extent necessary, Plaintiff may supplement his Response by January 18, 2013.

3. Defendants VonFeldt and Whetstone will have up to and including, February 1, 2013, to file a Reply.

DATED: January 7th, 2013

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge
        District Court for the District of Colorado