# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              January 22, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Jennifer Hawkins

_____

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,                                              Anthony Viorst

     Plaintiff,
v.

OFFICER CHRIS TYROLT, in his official and individual capacity,   Courtney B. Kramer
SERGEANT CRYSTAL JOHNSON, in her official and
individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

     Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**10:29 a.m.**      **Court in session.**

Plaintiff present.

Court's preliminary remarks and summarizes the undisputed case facts.

10:32 a.m.     Argument by Ms. Kramer.

10:39 a.m.     Argument by Mr. Viorst.

**ORDERED:     Plaintiff's Motion for Partial Summary Judgment as to Issues of Probable Cause and Qualified Immunity [68], is denied.**

          **Defendants' Motion for Partial Summary Judgment [72], is denied.**

          **Pretrial conference set February 21, 2014 at 11:00 a.m.**

**10:44 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 15 min.