IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

  Plaintiff,
v.

OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

  Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

  Pursuant to the hearing today, it is

  ORDERED that a pretrial conference is scheduled for **February 21, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **February 13, 2014.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

  Dated: January 22nd, 2014

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge