IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

      Plaintiff,

v.

OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

      Defendants.

_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **July 21, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is set for **June 20, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:  February 21st, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge