IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

     Plaintiff,
v.

OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

     Defendants.
_____

ORDER DENYING PLAINTIFF'S MOTION IN LIMINE
_____

     On February 13, 2014, the plaintiff filed a Motion in Limine to Exclude Evidence of Prior Criminal Charge and Prior financial Troubles [Doc. 88]. The defendants responded on March 7, 2014, indicating that no evidence of the plaintiff's prior misdemeanor will be offered and contending that the officers' knowledge of the plaintiff's financial circumstances is relevant to their state of mind at the time of the events in question [Doc. 95]. This Court agrees. Accordingly, it is

     ORDERED that the motion in limine concerning financial circumstances is denied.

     Counsel are reminded that this Court does not consider motions in limine for evidentiary objections that should be made at trial.

     Dated:   August 14th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge