IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

    Plaintiff,

v.

OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

    Defendants.

---

## ORDER VACATING TRIAL

---

    Pursuant to the Notice of Settlement [106], filed November 11, 2014, it is

    ORDERED that the trial scheduled for November 17, 2014 is vacated and dismissal papers are due by November 24, 2014.

    Dated:   November 10th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge