IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00763-RPM

RANDY LEE RIGGAN,

    Plaintiff,

v.

OFFICER CHRIS TYROLT, in his official and individual capacity,
SERGEANT CRYSTAL JOHNSON, in her official and individual capacity, and
SERGEANT JIM BANG, in his official and individual capacity,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [108] filed today, it is

    ORDERED that this action is dismissed with prejudice as to Defendants Officer Chris Tyrolt, Sergeant Crystal Johnson, and Sergeant Jim Bang, each party to pay their own attorney fees, court costs and any other associated costs as agreed between the parties.

    Dated:   November 24th , 2014

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge